# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**MYRA I TRUJILLO MUNIZ**  Case No.  **13-03883-BKT**

Chapter 13    Attorney Name:  **JACQUELINE HERNANDEZ SANTIAGO***

---

**I. Appearances**

| | | | Date & Time: | 6/14/2013 9:50:00AM |

**Debtor**       [X] Present       [ ] Absent

**Joint Debtor**    [ ] Present       [ ] Absent

**Attorney for Debtor**   [X] Present   [ ] Absent

[ ] Prose

[ ] Appearing:

**Date & Time:**   6/14/2013   9:50:00AM

[X] R    [ ] NR    LV:

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

---

**II. Oath Administered**

[X] Yes       [ ] No

---

**III. Plan**

Date:  05/13/2013    Base:  $19,500.00   Payments 0 made out of  due.

Confirmation Hearing Date:   7/12/2013   2:30:00PM

Evidence of Pmt shown:

---

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $100.00  =  $2,900.00

---

**IV. Status of Meeting**

[ ] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   7/11/2013   2:30:00PM

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

MYRA I TRUJILLO MUNIZ                     Case No.   13-03883-BKT

                                          Chapter 13    Attorney Name:   JACQUELINE HERNANDEZ SANTIAGO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [X] Tax returns missing |
| | [X] State  -  years 09-12 |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| | [ ] Federal  -  years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**MYRA I TRUJILLO MUNIZ**

Case No.  **13-03883-BKT**

Chapter 13    Attorney Name:    **JACQUELINE HERNANDEZ SANTIAGO***

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**Tax returns: Missing (ALL)**

Debtor's counsel states that she left her file in her office. The presiding officer could not verify the wet signature in the petition. Debtor testified under oath that she signed her voluntary petition. Counsel to provide at Trustee's office original of voluntary petition.

Debtor to clarify her first name spelled as "Myra" on voluntary petition and "BNC", but as "Mayra " on CCC.

Payroll deductions for "Embargo Terceria Hacienda" & " Deudas contra Hacienda" are included in schedule I. Debtor no longer has these deductions. Furthermore, debtor is already disclosing at schedule "I" deductions for taxes, however, in addition to these deductions she is also listing a payment for taxes included at schedule "J" in the amount of 610.00 monthly (that is 7320.00 monthly). If we take the deductions listed above they add 400.00 (as per shc I) plus the 610.00 in sch J, this adds up to 1010.00 monthly for taxes. This matter has to be clarified since sch I is contemplating deductions that are no longer being made. As per a cursory review, it might be that debtor has additional disposable income not committed to the plans funding.

Given that debtor's counsel at this time does not have her file with her, and given that the above stated issue need to be clarified. I hereby continue the meeting of creditors to the above said date.

Notwithstanding, the presiding makes the following observations to be discussed in the next meeting of creditors:

Specify make for vehicle listed at schedule "B"

-To clarify lunch expenses for $250.00 mo.

-As per voluntary petition, debtor resides at Parque Escorial, however d1 exemption was claimed over ppty. at Barrazas, Carolina. Debtor does not reside this property, however she states that her mother, which, she testifies that depends on a 60% of her is the person living the property

Clarify  since no mailing address was included in voluntary petition.

- Provide evidence of donation deed. Real property was donated to debtor by mother.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**MYRA I TRUJILLO MUNIZ**                    Case No.    **13-03883-BKT**

                                    Chapter 13     Attorney Name:    **JACQUELINE HERNANDEZ SANTIAGO***

**Provide:**

**-Maturity date of retirement loans.**

**The following party(ies) object(s) confirmation:**

**s/Pedro R Medina**                                                      Date:    **06/14/2013**

**Trustee/Presiding Officer**                                                                  (Rev. 05/13)